IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

T.S.H., et al.,                          )
                                         )
                    Plaintiffs,          )
                                         )
vs.                                      )        Case No. 19-06059-CV-SJ-ODS
                                         )
NORTHWEST MISSOURI STATE                 )
UNIVERSITY, et al.,                      )
                                         )
                    Defendants.          )


ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE

According to the Amended Complaint, at least one of the plaintiffs in this matter,
T.S.H., is an adult. Doc. #12, ¶ 12 (alleging that in June 2016, "Plaintiff T.S.H. was
seventeen years old, and Plaintiff H.R.J. was fifteen years old."). Accordingly, the Court
orders Plaintiffs to show cause (1) why their identities should be confidential, and (2)
why Plaintiff H.R.J. should not be substituted for M.J., who was appointed as his Next
Friend. Plaintiffs shall respond to this Order by no later than October 3, 2019.

IT IS SO ORDERED.


DATE: September 23, 2019                  /s/ Ortrie D. Smith
                                          ORTRIE D. SMITH, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT