IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| T.S.H., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 19-06059-CV-SJ-ODS |
| | ) | |
| NORTHWEST MISSOURI STATE | ) | |
| UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another judge.

IT IS SO ORDERED.

DATE: June 9, 2020

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT