# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| T.S.H., et al., | ) |
|     Plaintiffs, | ) |
| v. | ) Case No. 19-cv-06059-SRB |
| NORTHWEST MISSOURI STATE UNIVERSITY, et al., | ) |
|     Defendants. | ) |

## **ORDER**

Pursuant to the opinion and mandate entered by the Eighth Circuit Court of Appeals, it is hereby ORDERED that Plaintiffs' claims against Defendant Clarence Green and Defendant Anthony Williams are hereby DISMISSED. It is further ORDERED that within fourteen (14) days from the date of this Order, the remaining parties shall file a joint proposed scheduling order for the remaining tasks in this case.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: June 1, 2021