IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| T.S.H, et al. | ) |
| | ) |
|     **Plaintiffs** | ) |
| | ) |
| v. | )   No. 5:19-cv-6059 |
| | ) |
| **NORTHWEST MISSOURI STATE** | ) |
| **UNIVERSITY, et al.** | ) |
| | ) |
|     **Defendants** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs T.S.H. and M.J., Next Friend of H.R.J., a minor, and Defendant Northwest Missouri State University, pursuant to Federal Rule of Civil Procedure 41, jointly stipulate to dismiss this action with prejudice with each party to bear their own costs, expenses, and fees.

| | |
|---|---|
| **MURPHY, TAYLOR, SIEMENS & ELLIOTT, P.C.** | **HUSCH BLACKWELL LLP** |
| **BY:** */s/ R. Edward Murphy* | **BY:** */s/ Michael T. Raupp*_____ |
| R. Edward Murphy – MO Bar #27968 | HAYLEY E. HANSON MO# 52251 |
| edmurphy@mtselaw.com | MICHAEL T. RAUPP MO# 65121 |
| 3007 Frederick Avenue | ALLEN F. JAMES MO# 70675 |
| St. Joseph, Missouri 64506 | 4801 Main Street, Suite 1000 |
| 816-364-6677 (Telephone) | Kansas City, Missouri 64112 |
| 816-364-9677 (Facsimile) | (816) 983-8000 |
| **Attorneys for Plaintiffs** | (816) 983-8080 (FAX) |
| | hayley.hanson@huschblackwell.com |
| | michael.raupp@huschblackwell.com |
| | aj.james@huschblackwell.com |
| | **Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

                                                                By: */s/ R. Edward Murphy*
                                                                 **Attorney for Plaintiffs**